## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOUAIBOU CISSOKO | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  25-6892 |
| | : | |
| MCGEE AEGIS SOLUTIONS LLC | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 21st day of April, 2026, upon consideration of Defendant's Unopposed Motion for Approval of Settlement (the "Motion") (ECF No. 13) and the Brief in Support of the Motion (ECF No. 14), it is hereby **ORDERED** that the Motion is **DENIED** without prejudice.  It is further **ORDERED** that the parties shall submit a revised settlement agreement consistent with the accompanying Memorandum Opinion no later than April 30, 2026, or, in the alternative, a letter advising the Court that they intend to proceed with litigating this action.

BY THE COURT:

/s/ Catherine Henry
_____
**CATHERINE HENRY, J.**